Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Jared M. Ahern/Bar No. 279187
jahern@thoits.com
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone:   (650) 327-4200
Facsimile:   (650) 325-5572

Attorneys for Defendants
Color Image Apparel, Inc. and Marco DeGeorge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELKAY INTERNATIONAL LIMITED, a company incorporated by and under the laws of the Republic of India, and DOES 1 through 10 inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>COLOR IMAGE APPAREL, INC., a corporation incorporated by and under the laws of the State of California, and MARCO DEGEORGE, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 3:14-cv-03956-NC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR CHANGE OF VENUE |

   Plaintiff Elkay International Limited and Defendants Color Image Apparel, Inc. and Marco DeGeorge (collectively the "Parties"), by and through their counsel of record, stipulate to the following:

   1. Whereas, Defendants' have a pending motion to dismiss the complaint on the basis of improper venue in the Northern District of California; and

2. Whereas Plaintiff has filed an Opposition to that motion;

3. Whereas Defendants have served on counsel for the Plaintiff a motion for Rule 11 sanctions, wherein the Defendants allege that pleading in regard to venue is legally deficient and falls short of Rule 11.

4. Whereas the Parties have met and conferred and discussed the pending motions; (a) for change of venue and (b) Rule 11 sanctions; and the Plaintiff stipulates to this case being transferred to the Central District and the Defendants stipulate to withdraw the service of the Rule 11 motion;

Now, therefore, it is hereby stipulated and agreed among the Parties that this action be transferred to the United States District Court for the Central District of California and the Rule 11 motion served to counsel for the Plaintiff stands withdrawn.

IT IS SO STIPULATED.

Dated: October 11, 2014.

THOITS, LOVE,
HERSHBERGER & McLEAN

By  *(signature)*
Andrew P. Holland
aholland@thoits.com
Mark V. Boennighausen
mboennighausen@thoits.com
Jared M. Ahern
jahern@thoits.com
Attorneys for Defendants Color Image
Apparel, Inc. and Marco DeGeorge

Dated: October 11, 2014.

By _____
Shaunak Sayta
shaunak@sayta.com
Attorney for Plaintiff
Elkay International Limited

IT IS SO ORDERED.

Dated: _____October 14_____, 2014.

_____
Hon. Nathanael M. Cousins, Magistrate

**GRANTED**
Judge Nathanael M. Cousins

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200